

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00017-CV

| | | |
|---|---|---|
| IN RE S.N., Relator | § | Original Proceeding |
| | § | 324th District Court of Tarrant County, Texas |
| | § | Trial Court No. 324-656801-19 |
| | § | February 13, 2024 |
| | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its December 22, 2023 temporary orders. We release our stay of February 5, 2024.

It is further ordered that Real Party in Interest C.C. shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth